UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LARRY H. LIPSCHUTZ,<br><br>                                Plaintiff,<br><br>- against -<br><br>AVI "ZISHA" LIPSCHUTZ and DOV NEWMARK,<br><br>                                Defendants. | Civil Action No.:<br>1:21-cv-00197 (PKC)<br><br>**ORDER AUTHORIZING FILING OF AMENDED COMPLAINT** |

In view of ongoing developments in this case, including a settlement between Plaintiff and Dov Newmark, and other good cause, and Avi "Zisha" Lipschutz ("ZL") having indicated no objection to the proposed amendment without necessarily providing affirmative consent, it is hereby Ordered as follows:

1. Plaintiff is authorized to file the attached Amended Complaint on the ECF Docket;

2. ZL shall answer or otherwise respond to the Amended Complaint within fourteen (14) days of the date on which it is electronically filed; and

3. The entry of this Order and the filing of the Amended Complaint is without prejudice to all of ZL's defenses and claims.

Dated: New York, New York
       July 26, 2021

                                                            SO ORDERED:

                                                            _____
                                                            P. Kevin Castel
                                                            United States District Judge