UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRY H. LIPSCHUTZ,

                Plaintiff,                21 cv 197 (PKC)

    -against-                         ORDER

AVI "ZISHA" LIPSCHUTZ,

                Defendant.

---

CASTEL, U.S.D.J.

      The trial of this action will commence on May 11, 2022 at 10:00 am in Courtroom 11D. The submissions ordered by the Court at the April 26, 2022 conference shall be filed by May 6, 2022.

      SO ORDERED.

                                          P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       April 27, 2021