**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LARRY H. LIPSCHUTZ,

      Plaintiff,

vs.

AVI "ZISHA" LIPSCHUTZ and
DOV NEWMARK,

      Defendants.

Civil Action No. 1:21-cv-00197-PKC

**AFFIDAVIT OF**
**AVI "ZISHA" LIPSCHUTZ ATTESTING**
**TO NEW YORK DOMICILE AT THE**
**TIME THE COMPLAINT WAS FILED**

STATE OF FLORIDA     )
                    )   ss.:
COUNTY OF PALM BEACH)

I, AVI "ZISHA" LIPSCHUTZ, being properly sworn, say:

1.     I submit this Affidavit pursuant to the Court's Order dated April 26, 2022 to demonstrate that I was domiciled in the State of New York when the above-captioned matter was initiated.

2.     I am currently a resident of the State of Florida. I moved to Florida in May 2021.

3.     Immediately prior to my move to Florida and since August 2013 (including at the time the Complaint in this action was filed), I was a resident of the State of New York, with my permanent residence being 17 Van Winkle Road, Wesley Hills, New York.

4.     During the time I lived in New York, I did not live in any space outside of New York other than at hotels and with family for occasional, limited travel.

[Signature on following page]

AVI "ZISHA" LIPSCHUTZ

STATE OF FLORIDA ⟩

⟩   ss.:

COUNTY OF PALM BEACH ⟩

On the __5ᵗʰ__ day of __May__ , in the year 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared __Avi Z. Lipschutz__ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity-(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public



AXEL ROJAS
Notary Public - State of Florida
Commission # GG 335535
My Comm. Expires May 16, 2023
Bonded through National Notary Assn.

2